# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMAM MAHMOOD AHMAD, individually and in his official capacity as Imam of the Masjid Isa Ibne Maryam, a religious house of worship,<br><br>        Plaintiff,<br><br>v.<br><br>KATHLEEN JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE, JOSETTE D. MANNING, SECRETARY OF THE DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, STEVEN BLESSING, DIRECTOR OF DELAWARE'S DIVISION OF PUBLIC HEALTH, SHAUNA SLAUGHTER, ACTING DIRECTOR OF THE DIVISION OF PROFESSIONAL REGULATION OF THE DEPARTMENT OF STATE OF THE STATE OF DELAWARE, In their official capacities, AND ANDREW PARSELL, PRESIDENT OF DELAWARE'S BOARD OF FUNERAL SERVICES, NICHOLAS PICOLLELLI, SECRETARY OF DELAWARE'S BOARD OF FUNERAL SERVICES, AND EVAN W. SMITH, WILLIAM TORBERT, ALISHA FLETCHER, LAURA WILLEY AND VANCE DANIELS, MEMBERS OF DELAWARE'S BOARD OF FUNERAL SERVICES, in their official and personal capacities,<br><br>        Defendants. | C.A. No. 24-0741-GBW |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**

Pursuant to Federal Rule of Civil Procedure 16(b) and D. Del. LR 16.4, Plaintiff Imam Mahmood Ahmad ("Plaintiff") and the above-named Defendants ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court enter an order staying this action to facilitate settlement discussions.

WHEREAS, Plaintiff filed this action on June 21, 2024 (D.I. 1);

WHEREAS, the Court entered a Scheduling Order on May 7, 2025, setting forth various case deadlines (D.I. 16);

WHEREAS, the parties are currently engaged in good-faith, substantive settlement discussions which they believe may lead to a resolution of this matter without the need for further litigation;

WHEREAS, the parties agree that a temporary stay of proceedings is in the interest of judicial economy and will conserve the resources of the Court and the parties by allowing them to focus their efforts on achieving an amicable resolution, consistent with the principles of Federal Rule of Civil Procedure;

WHEREAS, the parties believe that a sixty (60) day stay is a sufficient and appropriate period to determine whether a settlement can be finalized;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court:

1.  All deadlines and proceedings in this matter, including those set forth in the Court's Scheduling Order dated May 7, 2025 (D.I. 16), are hereby stayed for a period of sixty (60) days from the date of entry of this Order.

2.  On or before the expiration of the sixty (60) day stay period, the parties shall file a joint status report advising the Court whether a full settlement has been reached.

3.  If the parties reach a settlement resolving all claims in this action, they shall file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within fourteen (14) days of filing their joint status report.

4.  If the matter is not fully resolved upon the expiration of the stay, the parties shall meet and confer and, within seven (7) days of the expiration of the stay, submit a Joint Proposed Revised Scheduling Order for the Court's consideration. All deadlines in the proposed order shall be calculated from the date of the expiration of the stay.

5.  Pursuant to D. Del. LR 16.4(b), undersigned counsel certify that they have provided a copy of this request to their respective clients. This stipulation is entered into for the purpose of facilitating settlement and not for any improper purpose, such as to cause undue delay.

[Remainder of Page Left Intentionally Blank]

| | |
|---|---|
| BILLION LAW | DELAWARE DEPARTMENT OF JUSTICE |
| /s/ Mark Billion | /s/ Zachary S. Stirparo |
| Mark Billion (#5263) | Zachary S. Stirparo (#6928) |
| 20184 Coastal Hwy. Suite 205 | Deputy Attorney General |
| Rehoboth Beach, DE 19971 | 820 N. French Street, 6th Floor |
| (302) 428-9400 | Wilmington, Delaware 19801 |
| markbillion@billionlaw.com | (302) 577-8400 |
| | zachary.stirparo@delaware.gov |
| and | |
| | *Counsel for Defendants* |
| Dwayne J. Bensing (#6754) | |
| ACLU of Delaware | |
| 100 W. 10th Street, Suite 706 | |
| Wilmington, DE 19801 | |
| (202) 445-1409 | |
| dbensing@aclu-de.org | |
| | |
| *Counsel for Plaintiff* | |

Dated: July 30, 2025

IT IS SO ORDERED this ___ day of _____, 2025.

_____
The Honorable Gregory B. Williams
United States District Judge