# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMAM MAHMOOD AHMAD,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )　C.A. No. 24-0741-GBW |
| KATHLEEN JENNINGS, et al.,<br>　　　　Defendants. | )<br>)<br>) |

**SECOND JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND DEFENDANTS' DISCOVERY RESPONSE AND ANSWER DEADLINES**

　　　　WHEREAS, on July 1, 2025, the Court approved the parties' joint stipulation to extend the deadlines for *Defendants' Discovery Responses* and *Answer* to August 29, 2025, due to the transition of this matter to a new Deputy Attorney General ("DAG") and to provide the parties with additional time to enter into settlement discussions; and

　　　　WHEREAS, the transition to the new DAG is complete, and settlement discussions between the parties have been productive, resulting in the circulation of a draft agreement, but due to the complexity of the issues and the number of defendants involved, the parties need additional time to finalize their negotiations and edits to the draft agreement; and

　　　　WHEREAS, to provide the parties with additional time to finalize an agreement, the parties have consented to a second extension of thirty (30) days to postpone the deadline for the Defendants' to respond to Plaintiff's discovery;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to this Court's approval, that the due date for Defendants' Discovery Responses and Answer shall be extended to **Monday, November 3, 2025**.

BILLION LAW

*/s/ Mark M. Billion*
Mark M. Billion (DE Bar No. 5263)
Peter K. Schaeffer (DE Bar No. 5255)
20184 Coastal Hwy., Suite 205
Rehoboth Beach, DE 19971
Tel: 302.428.9400
Fax: 302.674.2099
markbillion@billionlaw.com

and

ACLU OF DELAWARE
Dwayne J. Bensing (#6754)
ACLU of Delaware
100 W. 10th Street, Suite 706
Wilmington, DE 19801
(202) 445-1409
dbensing@aclu-de.org

Counsel for Plaintiff


DELAWARE DEPARTMENT OF JUSTICE

*/s/ David J. Weidman*
David Weidman (DE Bar #3559)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
David.Weidman@delaware.gov

Counsel for Defendants

Dated: OCTOBER 3, 2025

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams
United States District Judge